## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ALVIN IRVING JR.**                                          **CIVIL ACTION**

**VERSUS**                                                    **NO.  06-4291**

**LA. DEPT. PUB. SAFETY AND CORRECT.**                        **SECTION "I"(2)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Alvin Irving Jr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this _____22nd_____ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE